UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANKLIN W. IRBY, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 07-618-JVP-DLD** |
| **MICHAEL J. ASTRUE**<br>**COMMISSIONER OF SOCIAL**<br>**SECURITY ADMINISTRATION** | |

### RULING

This matter is before the court on plaintiff's application for attorney's fees and costs under the Equal Access to Justice Act (EAJA) (rec. doc. 14). Plaintiff seeks an award of $2,622.50. This amount represents $2,272.50 for 15.15 hours of legal representation expended at the judicial level at a hourly attorney fee rate of $150.00 and $350.00 in costs (the filing fee). The defendant, Michael Astrue, does not oppose an award of attorney's fees in the amount of $2,622.50 (rec. doc 16).

On the record presented, and following an independent review, the Court finds that an EAJA award of attorney's fees and costs in the amount $2,622.50, which is based upon a calculation of 15.15 hours of attorney services at $150.00 per hour and costs of $350.00, is a reasonable and appropriate award.

Accordingly, plaintiff's motion will be **GRANTED** and an order will be entered awarding $2,622.50 in fees and costs.

Signed in Baton Rouge, Louisiana, on June 18, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**FRANKLIN W. IRBY, SR.**                               **CIVIL ACTION**

**VERSUS**                                              **NUMBER 07-618-JVP-DLD**

**MICHAEL J. ASTRUE**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**

## ORDER

This matter having come before the Court on plaintiff's motion for attorney's fees and costs (rec. doc. 14) and for written reasons assigned this date,

**IT IS ORDERED** that plaintiff's motion is **GRANTED** and defendant shall pay to plaintiff $2,622.50 in fees and costs.

Signed in Baton Rouge, Louisiana, on June 18, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**